COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-03-215-
CV

IN RE JEROME D. BROWN RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM
 
OPINION
(footnote: 1)
------------

The court has considered relator's petition for writ of mandamus 
and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL A
: HOLMAN, J.; CAYCE, C.J.; and GARDNER, J.

DELIVERED: July 29, 2003 

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4
.